MARION BANKS and Another, Respondents, v. LONG ISLAND LUMBER Co., INC., and Another, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

MARY H. BRADLEY, Appellant, v. NORMAN W. ROE and GEORGE HENRY PAYNE, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 1005.] The following questions are certified: 1. Should summary judgment have been granted in favor of plaintiff? 2. Should defendants' motion for summary judgment have been granted? Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

BROOKLYN TRUST COMPANY, Trustee under a Deed of Trust Dated March 30th, 1936, Appellant, v. REALTY ASSOCIATES, INC., Respondent, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

CITY OF YONKERS, Appellant, v. THE YONKERS RAILROAD COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

REBECCA DASKAL and Another, Respondents, v. LOUIS MOSKOWITZ, Defendant; SEREN MOSKOWITZ, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

ALICE DUGAN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

ANNA GRUBER and LEO GRUBER, Respondents, v. SOL ALPERT, Appellant, and Another, Defendant. BEN D. LEVINE and BESSIE GIBBER, Plaintiffs, v. SOL ALPERT, Appellant.— Motion to resettle order denied, without costs. [See ante, p. 1007.] Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

LILLIAN L. HARTWIG, Respondent, v. EDWARD L. NORTH, Defendant, and ALICE B. MINARD, Appellant. LILLIAN L. HARTWIG, Respondent, v. EDWARD L. NORTH, Appellant, and ALICE B. MINARD, Defendant.— Motion of appellant Minard for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion of appellant North for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

HUDSON RIVER COUNTRY CLUB, INCORPORATED, Respondent, v. THE CITY OF YONKERS, and JOSEPH F. LOEHR, Mayor, and Others, Constituting the Board of Trustees of the Nepperhan Sewer Fund, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for stay denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the Petition of CARLETON F. BAIN and ROBERT F. COPELAND to Prove a Paper Writing as the Last Will and Testament of WILLIAM V. BREENE, Deceased. CARLETON F. BAIN and ROBERT F. COPELAND, as Executors Named in the Last Will and Testament of WILLIAM V. BREENE, Deceased, Respondents; GRACE E. FOYE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.